No. 450.  UNITED STATES *v.* ATLANTIC MUTUAL INSURANCE CO. ET AL.  C. A. 2d Cir.  Certiorari granted. *Solicitor General Perlman* for the United States. *Oscar R. Houston* and *Leonard J. Matteson* for respondents.

No. 446.  LIBBY, MCNEILL & LIBBY *v.* ALASKA INDUSTRIAL BOARD ET AL.  C. A. 9th Cir.  Certiorari denied. *R. E. Robertson* for petitioner.

No. 447.  LIBBY, MCNEILL & LIBBY *v.* ALASKA INDUSTRIAL BOARD ET AL.  C. A. 9th Cir.  Certiorari denied. *R. E. Robertson* for petitioner.

No. 457.  CHIARELLI ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied. *Wm. Scott Stewart* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 459.  SCHREYER ET AL. *v.* CASCO PRODUCTS CORP. C. A. 2d Cir.  Certiorari denied. *David S. Day* for petitioners. *Stephen H. Philbin* and *David Goldstein* for respondent.

No. 467.  ARMOUR & CO. *v.* LOUISIANA SOUTHERN RAILWAY CO.  C. A. 5th Cir.  Certiorari denied. *Paul E. Blanchard* and *Harry McCall* for petitioner. *Henry B. Curtis* for respondent.

No. 198, Misc.  COBB *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Herman Phleger, Alvin J. Rock-*